Case 1:21-cv-01308-AT   Document 8   Filed 04/15/21   Page 1 of 1



U.S. Dep[artment of Justice]

United S[tates Attorney]
Southern [District of New York]

86 Chambers [Street]
New York, Ne[w York 10007]

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2021
```

April 12, [2021]

VIA ECF
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    Dong v. Wilkinson, et al., No. 21 Civ. 1308 (AT)

Dear Judge Torres:

    This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Application to Register Permanent Residence or to Adjust Status (Form I-485). On behalf of the government, I write respectfully to request an on-consent extension of time of thirty days to respond to the complaint (i.e., from April 19, 2021 to May 19, 2021). I also respectfully request that the initial conference presently scheduled for April 19, 2021 be adjourned to May 26, 2021 or thereafter.

    The extension is respectfully requested because USCIS issued a Request for Evidence ("RFE") on March 11, 2021. The plaintiff's response to the RFE was received by USCIS last week. The government anticipates that the requested extension will provide adequate time for USCIS to process and review the plaintiff's RFE response and then to determine what next steps may be necessary with respect to the plaintiff's Form I-485 or to proceed to take adjudicative action, which potentially would render this action moot. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. We respectfully request that the Court accept this letter in lieu of the pre-conference submissions due today in anticipation of the April 19 conference. See ECF No. 5. Plaintiff's counsel consents to these requests.

    I thank the Court for its consideration of this letter.

GRANTED. By **May 19, 2021**, Defendant shall answer or otherwise respond to the complaint. The initial pretrial conference scheduled for April 19, 2021, is ADJOURNED to **May 26, 2021**, at **11:00 a.m**. By **May 19, 2021**, the parties shall file their proposed case management plan and joint letter.

SO ORDERED.

Dated: April 15, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge